UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BOYCE ERVIN MCKENZIE,  )
          Plaintiff,  )
    v.  )  **JUDGMENT IN A CIVIL CASE**
      )  **CASE NO. 7:16-CV-406-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,  )
          Defendant.  )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 29] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 19] is DENIED, defendant's motion for judgment on the pleadings [D.E. 24] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on March 20, 2018, and Copies To:**
| | |
|---|---|
| William L. Davis, III | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>March 20, 2018 | PETER A. MOORE, JR., CLERK<br>(By) /s/ Nicole Briggeman<br>Deputy Clerk |